ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>     )<br>        Plaintiff,   )<br>     )<br>    vs    )<br>     )<br>     )<br>     )<br>STEPHEN E. SCHAFFER   )<br>     )<br>        Defendant.   )<br>_____)<br>_____) | CASE NUMBER 6:09-mj-150-YNP<br><br>STIPULATION TO CONTINUE<br>TRIAL<br><br><br><br>Date: August 26, 2009<br>Time: 10:00 a.m.<br>Court: U.S. Magistrate<br>Judge: Hon. S. Allen Alexander |

   IT IS HEREBY STIPULATED by and between ED DUNLAVEY, the Legal Officer for the United States Government and Defendant, STEPHEN E. SCHAFFER, and his Attorney of record, JASON CARR, FEDERAL DEFENDER'S OFFICE, that the trial in the above-captioned matter scheduled for August 19, 2009, be continued until August 26, 2009, at 10:00 a.m.

Dated: August 13, 2009

                              By: /S/ Ed Dunlavey
                              ED DUNLAVEY
                              Legal Officer

Dated: August 13, 2009

                              By: /S/ Jason Carr
                              JASON CARR
                              Attorney for STEPHEN SCHAFFER

1

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance in the Trial scheduled for August 19, 2009, to August 26, 2009, at 10:00 a.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. Trial shall be continued to August 26, 2009.

It is so ordered:

IT IS SO ORDERED.

**Dated:   August 17, 2009          /s/ S. Allan Alexander**
UNITED STATES MAGISTRATE JUDGE