BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-00352-LJO-1 |
| Plaintiff-Appellee, | (Mag. No. 6:09-mj-0150-YNP) |
| v. | ORDER GRANTING PLAINTIFF-APPELLEE'S MOTION FOR EXTENSION OF TIME |
| STEPHEN E. SCHAFFER, | |
| Defendant-Appellant. | |

On December 24, 2009, respondent requested an 21-day extension of time to file its response to Schaffer's Opening Brief of Appellant.

IT IS HEREBY ORDERED, that respondent's request for a 21-day extension is granted. The response is now due January 19, 2010.

DATED: December 24, 2009

/s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
U.S. District Judge

1