IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 09-0352 LJO |
| Plaintiff-Appellee, | **ORDER TO DISMISS APPEAL** (Doc. 22) |
| vs. | |
| STEPHEN E. SCHAFFER, | |
| Defendant-Appellant. | |
| _____/ | |

On February 26, 2010, plaintiff-appellee United States of America ("government") filed a notice of appeal to appeal this Court's January 29, 2010 order. On March 2, 2010, the government moved to dismiss the February 26, 2010 appeal. Pursuant to Fed. R. App. P. 42(a), this court may dismiss an appeal before it has been docketed by the circuit clerk upon motion of the government with notice to all of the parties. Having considered the government's unopposed motion, this Court:

1. GRANTS the government's motion to dismiss the appeal (Doc. 22); and
2. DIRECTS the clerk of this court to inform the circuit clerk that the appeal has been dismissed.

IT IS SO ORDERED.

**Dated:   March 4, 2010**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE